UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. SACV 17-00604 JLS (JDE)                                Date: June 28, 2017
Title: David Darsow v. Wells Fargo Bank, N.A.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|      Terry Guerrero      |       N/A       |
|      Deputy Clerk         |   Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                 Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC") and ORDER CONTINUING SCHEDULING CONFERENCE**

On May 16, 2017, the Court set a scheduling conference for June 30, 2017, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (Doc. 13 ¶ 1.) Defense counsel submitted a report, but represents that Plaintiff failed to provide any input in the drafting of the Joint 26(f) Report. (Doc. 16 at 1.)

Pursuant to the Court's discretion under Federal Rule of Civil Procedure 37(b)(2)(A)(v)-(vii), failure to submit a Joint Rule 26(f) Report may result in the Court dismissing the case, entering a default, and/or finding the parties in contempt of court for failure to obey a court order. Monetary sanctions for failure to obey a Court order may be imposed pursuant to the Court's inherent power.

On its own motion, therefore, the Court hereby orders Plaintiff to show cause why the Court should not dismiss this action or impose other sanctions, including monetary sanctions, for Plaintiff's failure to comply with the Court's Order. Plaintiff is directed to confer with defense counsel no later than July 14, 2017 regarding the contents of the required Joint Rule 26(f) Report. **No later than July 21, 2017**, the parties shall file an Amended Joint Rule 26(f) Report. The parties are directed to comply with all requirements of the Court's Order Setting Scheduling Conference, including completing the table of dates set forth in Exhibit A thereto.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 17-00604 JLS (JDE)                               Date:  June 28, 2017
Title:  David Darsow v. Wells Fargo Bank, N.A.

    No later than July 21, 2017, Plaintiff shall file a separate written response explaining why he failed to comply with the Court's Order.  Failure to respond to this OSC may result in a dismissal for failure to prosecute.

    The Court CONTINUES the June 30, 2017 Scheduling Conference to July 28, 2017 at 1:30 p.m.

**IT IS SO ORDERED.**

    Initials of Preparer:  __tg___