UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-604-JLS-JDEx                                    Date: January 25, 2019
Title:  David Darsow v. Wells Fargo Bank, National Association

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE**

On December 20, 2018, the Court granted Defendant's Motion to Dismiss.  (Doc. 39.)  The Court gave Plaintiff twenty-one days to file a First Amended Complaint and noted that "[f]ailure to timely file a First Amended Complaint in conformity with this Order may result in the dismissal of this action."  (*Id.* at 9.)  Plaintiff has not filed a First Amended Complaint.

"In determining whether to dismiss a claim for failure to prosecute or failure to comply with a court order, the Court must weigh the following factors: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants/respondents; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002), *cert. denied*, 538 U.S. 909 (2003).  First, "[t]he public's interest in expeditious resolution of litigation always favors dismissal."  *Yourish v. California Amplifier*, 191 F.3d 983, 990 (9th Cir. 1999).  Second, the Court finds that the need to manage its docket favors dismissal, as Plaintiff has not filed a First Amended Complaint nor provided any explanation for his failure to do so. *See Pagtalunan*, 291 F.3d at 642 ("The trial judge is in the best position to determine whether the delay in a particular case interferes with docket management and the public interest.")  Third, Plaintiff's failure to provide any explanation for his neglect indicates that there is sufficient prejudice to Defendant to warrant dismissal.  *Yourish*, 191 F.3d at

991 (finding that a plaintiff's "paltry excuse for his default on the judge's order indicates that there was sufficient prejudice to Defendants from the delay that this factor also strongly favors dismissal").  Although the Court has not issued less drastic sanctions, the Court finds this factor less relevant because the Court explicitly warned Plaintiff that failure to timely file a First Amended Complaint could result in dismissal of this action. While public policy always favors disposition of cases on the merits, *see id.* at 992, the weight of the other factors support dismissal.

Accordingly, the Court DISMISSES this action with prejudice.

Initials of Preparer:  tg